**Ahmad–Rufai ABDULLAH,**
**Plaintiff—Appellant,**

v.

**BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; North Carolina State University, NC State University at Raleigh, Defendants—Appellees.**

No. 05–1552.

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2006.

Decided March 22, 2006.

Romallus O. Murphy, Greensboro, North Carolina, for Appellant. Roy Cooper, North Carolina Attorney General, John P. Scherer, II, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahmad–Rufai Abdullah appeals the district court's order granting summary judgment to Defendants in Abdullah's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Abdullah v. Board of Governors of the Univ.*

*of North Carolina,* No. CA–03–360–5 (E.D.N.C. Apr. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*